# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRIAN AND WENDY ROACH,** | **:** | **CIVIL ACTION NO. 2:22-cv-02318** |
| *Plaintiffs* | **:** | |
| | **:** | |
| **v.** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| | **:** | |
| **STATE FARM FIRE AND CASUALTY** | **:** | |
| **COMPANY,** | **:** | **MAGISTRATE JUDGE KATHLEEN KAY** |
| *Defendant* | **:** | |

---

## JUDGMENT OF DISMISSAL

---

Considering the foregoing Rule 41(a) Request for Court Ordered Dismissal,

IT IS ORDERED that the claims filed on behalf of **BRIAN AND WENDY ROACH** are

hereby dismissed, with prejudice, with each party to bear its own costs and expenses.

**THUS DONE AND SIGNED** in Chambers this **2**nd day of August**, 2023**

U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION